## DAIN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**CHRISTIN KILCREASE**                                                    **PLAINTIFF**

**VS.**                         **CIVIL ACTION NO: 1:20-CV-131-GHD-DAS**

**CITY OF TUPELO, MISSISSIPPI, ET AL**                    **DEFENDANTS**

### ORDER OF RECUSAL

The above styled and numbered case was assigned to the undersigned United States Magistrate Judge David A. Sanders on June 24, 2020. Judge Sanders on his own motion, hereby **RECUSES** himself from this cause.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another Magistrate Judge.

This, the 4th day of October, 2021.

                                                   /s/ David A. Sanders
                                                   UNITED STATES MAGISTRATE JUDGE